(9/1/2009)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

In re:
    MATTHEW CRAIG MCCABE
    SUZANNE STARR MCCABE
        Debtor(s)
SSN(1) XXX-XX-1275  SSN(2) XXX-XX-3800

Case No. 10-50993
Judge Lena M. James

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kathryn L. Bringle, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/27/2010.

2) The plan was confirmed on 09/10/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/17/2014.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 49.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $60,311.79 |
| Less amount refunded to debtor | $1,422.88 |

**NET RECEIPTS:** **$58,888.91**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,410.29 |
| Other | $34.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$5,244.29**

Attorney fees paid and disclosed by debtor: $1,200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | NA | 204.93 | 204.93 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 1,400.00 | 1,400.00 | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE | Unsecured | 14,000.00 | 14,415.77 | 14,415.77 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE | Unsecured | NA | 535.51 | 535.51 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 3,400.00 | 3,400.00 | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,000.00 | 1,000.00 | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 500.00 | 500.00 | NA | 0.00 | 0.00 |
| DISCOVER BANK/DFS SERVICES LLC | Unsecured | 14,200.00 | 10,532.48 | 10,532.48 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP ASSIGNE | Unsecured | 200.00 | 938.56 | 938.56 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP ASSIGNE | Unsecured | NA | 5,268.03 | 5,268.03 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP ASSIGNE | Unsecured | NA | 6,058.85 | 6,058.85 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP ASSIGNE | Unsecured | NA | 6,058.85 | 0.00 | 0.00 | 0.00 |
| GRANITE ASSET MGMT | Unsecured | 1,100.00 | 1,100.00 | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,000.00 | 5,353.45 | 5,353.45 | 5,353.45 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 238.70 | 238.70 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1.00 | 681.16 | 681.16 | 0.00 | 0.00 |
| JON BARRY & ASSOCIATES | Unsecured | 1,800.00 | 1,800.00 | NA | 0.00 | 0.00 |
| LHR INC | Unsecured | 10,300.00 | 11,988.62 | 11,988.62 | 0.00 | 0.00 |
| MARC INC | Unsecured | 350.00 | 350.00 | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,500.00 | 1,484.11 | 1,484.11 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 215.00 | 215.09 | 215.09 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 250.00 | 431.86 | 431.86 | 0.00 | 0.00 |
| NCO/MEDCLR | Unsecured | 100.00 | 100.00 | NA | 0.00 | 0.00 |
| NORTH CAROLINA DEPT OF REVENU | Priority | 1,500.00 | 1,799.63 | 1,799.63 | 1,799.63 | 0.00 |
| NORTH CAROLINA DEPT OF REVENU | Unsecured | NA | 287.80 | 287.80 | 0.00 | 0.00 |
| NSM RECOVERY SERVICES | Secured | 76,000.00 | 47,100.00 | 0.00 | 0.00 | 0.00 |
| NSM RECOVERY SERVICES | Secured | NA | 2,700.00 | 0.00 | 0.00 | 0.00 |
| NTB/CBSD | Unsecured | 1,300.00 | 1,300.00 | NA | 0.00 | 0.00 |
| PORTOFOLIO RECOVERY | Unsecured | 7,200.00 | 7,200.00 | NA | 0.00 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 6,100.00 | 6,329.67 | 6,329.67 | 0.00 | 0.00 |
| REGIONAL MANAGEMENT CORP | Unsecured | NA | 1,768.54 | 1,768.54 | 0.00 | 0.00 |
| REGISTER OF DEEDS | Priority | NA | 14.00 | 40.00 | 40.00 | 0.00 |
| ROWAN COLLECTION AGENCY | Unsecured | 1.00 | 1.00 | NA | 0.00 | 0.00 |
| SEARS CARD | Unsecured | 600.00 | 600.00 | NA | 0.00 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Unsecured | 128.00 | 1,485.96 | 1,485.96 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 15,000.00 | 13,932.63 | 13,932.63 | 13,932.63 | 1,524.91 |
| VERIPRO SOLUTIONS INC | Secured | NA | 1,994.73 | 2,700.00 | 2,700.00 | 0.00 |
| VERIPRO SOLUTIONS INC | Secured | 25,000.00 | 48,236.37 | 0.00 | 28,294.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $28,294.00 | $0.00 |
| Mortgage Arrearage | $2,700.00 | $2,700.00 | $0.00 |
| Debt Secured by Vehicle | $13,932.63 | $13,932.63 | $1,524.91 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,632.63** | **$44,926.63** | **$1,524.91** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,193.08 | $7,193.08 | $0.00 |
| **TOTAL PRIORITY:** | **$7,193.08** | **$7,193.08** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$62,865.64** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $5,244.29 |
| Disbursements to Creditors | $53,644.62 |
| **TOTAL DISBURSEMENTS:** | **$58,888.91** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2014  By: /s/ Kathryn L. Bringle
                                                             Trustee

xc  MATTHEW CRAIG MCCABE
     SUZANNE STARR MCCABE
     U.S. BANKRUPTCY ADMIN
     WILLIAM V BOST
     ATTORNEY AT LAW
     P O BOX 4134
     SALISBURY, NC 28145-4134

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.